PER CURIAM.
Upon the filing of the Unconditional Guilty Plea and Consent Judgment for Discipline this Court appointed a referee to conduct a hearing regarding Fogarty’s alleged misconduct. The unconditional plea for consent judgment,* acknowledges his violation of Florida Bar Code of Profession- . al Responsibility, Disciplinary Rules 1-102(A)(1), (4), (5) and (6), and 6-101(A)(3). The referee recommended that Fogarty be found guilty in accordance with his unconditional plea and that he be suspended from the practice of law for a period of six (6) months and continuing thereafter until proof of rehabilitation; and further that respondent shall refund legal fees in the amount of Two Thousand Dollars and No Cents ($2,000.00) to his former client, Vickie L. Bennett.
Neither side contests the referee’s report which we hereby adopt. Accordingly, Brian J. Fogarty is hereby suspended from the practice of law for a period of six (6) months effective thirty (30) days from the filing of this opinion and continuing thereafter until proof of rehabilitation; and further is directed to refund legal fees in the amount of Two Thousand Dollars and No Cents ($2,000.00) to his former client, Vickie L. Bennett.
Judgment for costs in the amount of $521.23 is hereby entered against respondent, for which sum let execution issue.
It is so ordered.
*417 ADKINS, Acting C.J., and OVERTON, EHRLICH, SHAW and BARKETT, JJ., concur.

 We feel it unnecessary to publish the full text of the plea. The Court file is open for inspection.